**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 16-00164-01-CR-W-GAF |
| ) | |
| **JOEL M. HALE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is defendant Joel M. Hale's Motion to Suppress Evidence (doc. 37). Defendant seeks to suppress all evidence and testimony related to such evidence obtained as a result of an illegal search of defendant's property and the illegal seizure of a shell casing found as a result of the search.

On December 7, 2016, Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendant's motion. On January 4, 2017, Judge Hays issued her Report and Recommendation (doc. 37). Defendant filed his Objections to the Report and Recommendation (doc. 39) on January 18, 2017.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays. Accordingly, it is hereby

1

ORDERED that defendant Joel M. Hale's Motion to Suppress Evidence (doc. 37) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 19, 2017

2

Case 4:16-cr-00164-GAF   Document 40   Filed 01/19/17   Page 2 of 2